UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **REGINALD CLEMONS, RICHARD D. CLAY, JEFFREY FERGUSON and RODERICK NUNLEY,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4:06-CV-656-JCH<br>) |
| **LARRY CRAWFORD, JAMES D. PURKETT, TERRY MOORE, JOHN DOE 1, JOHN DOE 2 and JOHN DOES 3 - 10,** | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER AND MEMORANDUM

On April 24, 2006, the Court entered its Order assigning this matter to Track 5B (standard prisoner actions). Because plaintiffs are represented by counsel, Track 5B is not appropriate for this case. Therefore, the Court will vacate the track assignment of this case. The case will be governed by a Case Management Order which will be issued after a Rule 16 Scheduling Conference.

Accordingly,

**IT IS HEREBY ORDERED** that the assignment of this case to Track 5B be **VACATED**.

Dated this 24th day of April, 2006.

     **/s/ Jean C. Hamilton**
      **UNITED STATES DISTRICT JUDGE**